UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MARIE D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:21-cv-00310-JAW |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on July 28, 2022 his Recommended Decision (ECF No. 19). The Plaintiff filed her objection to the Recommended Decision on August 11, 2022 (ECF No. 20) and the Government filed its response to the objection on August 24, 2022 (ECF No. 21). The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 19) be and hereby is AFFIRMED.

2. It is further ORDERED that the Commissioner's decision be and hereby is AFFIRMED.

SO ORDERED.

                                      <u>/s/ John A. Woodcock, Jr.</u>
                                      JOHN A. WOODCOCK, JR.
                                      UNITED STATES DISTRICT JUDGE

Dated this 29th day of August, 2022